IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES PHILLIP MAXWELL, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:06-0201 |
| | ) JUDGE HAYNES |
| THE STANLEY WORKS, | ) |
| HUSKY PROFESSIONAL TOOLS, | ) |
| GEORGE WANNOP, | ) |
| and | ) |
| MIDLAND DESIGN, INC., | ) |
| Defendants. | ) |

### ORDER

In accordance withe the Memorandum filed herewith, the Defendant The Stanley Works's motion to dismiss (Docket Entry No. 7), and Defendants George Wannop's and Midland Design's joint motion to dismiss (Docket Entry No. 14) are **GRANTED**. This action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___11th___ day of July, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge